**DOCUMENTS PERTAINING TO REMOVAL ACTION**

(Note: The presentment of the documents herein do not convey in whole or in part any waiver of service, confirmation of service, or that Petitioner was duly notified of the any notice, action, service, or summons issued adverse to Petitioners interests.)

Only regular print copy of summons [Case Number 0z35222417] allegedly issued against Xuan Peng with not even the word "SUMMONS" written in Peng's natural language. Source of document is unknown and the case number is not verified.



Image only of regular print copy of alleged ticket [Citation Number 1Z36240044] allegedly claiming property to by already condemned with demand of $500 in fines along with the following statement:

**"YOU MAY SELECT TO STAND TRIAL by sending your request in writing to the Agency / Municipality Office of the County Attorney".**



An inspector by the name of Tamala Robinson signs the alleged ticket claiming that the Defendant's signature is "Mail Certified, Restricted, and Regular", but Petitioner never received and certified mail of the alleged ticket, nor did Petitioner sign the alleged ticket.

Letter from Hadrick claiming "five violations" but does not list them, and threatening to enter home without consent again.



Another threatening letter signed by Hadrick. No certified letter sent.

